**Index to the Administrative Record for the District Court Case No. 1:23-cv-00141-DLH-CRH Slawson vs. BLM**

| Beginning Bates | Ending Bates | Pages | Date | Document Type | File Name |
|---|---|---|---|---|---|
| CAR 000001 | CAR 000002 | 2 | 2024.03.29 | Declaration | 2024.03.29 DR_March 2024 Declaration |
| CAR 000003 | CAR 000022 | 20 | 2023.07.28 | Complaint | 2023.07.28 Slawson Complaint |
| CAR 000023 | CAR 000036 | 14 | 2023.06.16 | SDR Decision | 2023.06.16 SDR Decision 922-23-06 |
| CAR 000037 | CAR 000037 | 1 | 2023.06.01 | Extension of Time on SDR Decision | 2023.06.01 Extension of time on SDR decision-Final Signed |
| CAR 000038 | CAR 000050 | 13 | 2023.05.09 | Supplement to SDR | 2023.05.09 Slawson SDR Supplemental Data |
| CAR 000051 | CAR 000403 | 353 | 2023.05.09 | Supplement to SDR Exhibits | 2023.05.09 Slawson SDR Supplemental Data Exhibits |
| CAR 000404 | CAR 000448 | 45 | 2023.04.20 | Economic Review | 2023.04.20 MTSO Economic Review |
| CAR 000449 | CAR 000450 | 2 | 2023.03.31 | SDR Acknowledgment Letter | 2023.03.31 Slawson SDR 922-23-06 Request ack letter-Final Signed |
| CAR 000451 | CAR 000452 | 2 | 2023.03.30 | SDR Request | 2023.03.30 SDR Request 922-23-06 |
| CAR 000453 | CAR 000559 | 107 | 2023.03.07 | Field Office Decision | 2023.03.07 Second Jore Flaring Denial |
| CAR 000560 | CAR 000560 | 1 | 2022.10.18 | Memorandum | 2022.10.18 MTSO Memo remanding back to NDFO |
| CAR 000561 | CAR 000561 | 1 | 2022.10.07 | Memorandum | 2022.10.07 IBLA Memo remanding back to MTSO |
| CAR 000562 | CAR 000563 | 2 | 2022.10.05 | Memorandum | 2022.10.05 Mtn to Set Aside and Remand IBLA 2022-187 |
| CAR 000564 | CAR 000564 | 1 | 2022.06.30 | Extenson of Time for MTSO | 2022.06.30 2022-187 Notice Granting EOT to File Answer |
| CAR 000565 | CAR 000583 | 19 | 2022.06.17 | IBLA appeal Statement of Reasons | 2022.06.17 Slawson IBLA Appeal Statement of Reasons |
| CAR 000584 | CAR 000796 | 213 | 2022.06.17 | IBLA appeal SOR Exhibits | 2022.06.17 Exhibits to Slawson IBLA SOR |
| CAR 000797 | CAR 000797 | 1 | 2022.05.19 | Docketing Notice | 2022.05.19 Slawson Docketing Notice |
| CAR 000798 | CAR 000798 | 1 | 2022.05.19 | Stay Granted | 2022.05.19 2022-187 Slawson - Decision Stayed |
| CAR 000799 | CAR 000815 | 17 | 2022.05.18 | IBLA appeal | 2022.05.18 Slawson Notice of Appeal to IBLA |
| CAR 000816 | CAR 000818 | 3 | 2022.05.18 | Request for Stay | 2022.05.18 Slawson IBLA Stipulated Stay |
| CAR 000819 | CAR 000824 | 6 | 2022.04.20 | SDR Decision | 2022.04.20 SDR Decision 922-22-10 |
| CAR 000825 | CAR 000857 | 33 | 2022.04.08 | NDFO Email to Operators | 2022.04.08 NDFO Email containing Dear Operator Letter_wAttachments |
| CAR 000858 | CAR 000943 | 86 | 2022.04.05 | Supplement to SDR | 2022.04.05 Slawson - SDR 922-22-10 Additional Data |
| CAR 000944 | CAR 000945 | 2 | 2022.03.24 | SDR Acknowledgment Letter | 2022.03.24 Acknowledgement Letter - Slawson SDR 922-22-10 |
| CAR 000946 | CAR 000951 | 6 | 2022.03.22 | SDR Request | 2022.03.22 SDR Request 922-22-10 |
| CAR 000952 | CAR 000998 | 47 | 2022.03.22 | SDR Request Exhibits | 2022.03.22 SDR Request Exhibits 922-22-10 |
| CAR 00999 | CAR 000999 | 1 | 2022.02.24 | Notice of Decision | 2022.02.24 Notice of Decision Mail - Heryford, Caitlin M - Outlook |
| CAR 001000 | CAR 001003 | 4 | 2022.02.18 | Field Office Decision | 2022.02.18 First Jore Flaring Sundry Decision made by NDFO |
| CAR 001004 | CAR 001004 | 1 | 2020.08.24 | Lease Information | 2020.08.24 top lease and lease segregation issue |
| CAR 001005 | CAR 001015 | 11 | 2019.09.27 | Flaring Sundry NOI | 2019.09.27 Jore Flaring Sundry |
| CAR 001016 | CAR 001018 | 3 | 2014.06.30 | Partial Lease Assignment | 2014.06.30 14-20-A04-2603 Partial Assign |
| CAR 001019 | CAR 001024 | 6 | 2014.03.07 | Lease Assignment | 2014.03.07 14-20-A04-2603 Assign |
| CAR 001025 | CAR 001030 | 6 | 2008.08.25 | Lease Assignment | 2008.08.25 14-20-A04-2333 Assign |
| CAR 001031 | CAR 001052 | 22 | 1984.02.24 | Reference in Decision | 1984.02.24 Jicarilla Apache Tribe v. Supron Energy Corp., 728 F.2d 1555 |
| CAR 001053 | CAR 001070 | 18 | 1980.06.23 | Conservation Division Manual | 1980.06.23 CDM 644 Ch 5 |
| CAR 001071 | CAR 001077 | 7 | 1980.01.01 | Notice to Lessees | 1980.01.01 NTL4A |