IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

SLAWSON EXPLORATION COMPANY, INC.,

Plaintiff,

v.

SONYA GERMANN, in her official capacity as State Director for the Bureau of Land Management Montana/Dakotas State Office; LOREN WICKSTROM, in his official capacity as Field Manager for the Bureau of Land Management North Dakota Field Office; the UNITED STATES BUREAU OF LAND MANAGEMENT; and the UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendant.

Civil Action No. 1:23-cv-00141-DLH-CRH

**PLAINTIFF SLAWSON EXPLORATION COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT AND DECLARATORY RELIEF**

Pursuant to F.R.C.P. 56 and 57 and Local Civil Rule 7.1(A), Plaintiff Slawson Exploration Company, Inc. ("Slawson") moves for summary judgment in its favor on all claims. Specifically, Slawson requests that the Court set aside the decision issued on June 16, 2023 by the Bureau of Land Management's Montana/Dakotas State Director relating to gas flared from the Jore Well between September 2014 and December 2016 as arbitrary and capricious and declare that no royalty obligation attaches to gas flared from the Jore Well between September 2014 and December 2016.

The Motion is supported by the Memorandum in Support filed herein.

Dated: June 3, 2024

DAVIS GRAHAM & STUBBS LLP

By: */s/ Kathleen C. Schroder*

Jennifer Allen
Kathleen C. Schroder
Jennifer.Allen@dgslaw.com
Katie.Schroder@dgslaw.com

1550 17th Street
Suite 500
Denver, CO 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379

*Attorneys for Slawson Exploration Company, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon all counsel of record by the means designated below this 3rd day of June, 2024.

[ ] U.S. Mail
[ ] FedEx
[ ] Hand-Delivery
[ ] Facsimile
[x] ECF

*/s/ Robin E. Anderson*